**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

Case No. SA CV 05-418 DOC (RNBx)            Date: December 21, 2007

Title: BRAVO SPORTS, a California corporation, and VARIFLEX, INC., a Delaware corporation v. NORTH POLE (US) LLC, a Delaware corporation, and DOES 1 through 10, inclusive

PRESENT:          THE HONORABLE DAVID O. CARTER, JUDGE

    Kristee Hopkins                      Not Present
    Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                      NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE ISSUES RELATING TO POTENTIAL DISQUALIFICATION OF PLAINTIFFS' COUNSEL

       Pursuant to the Court's Order Granting Defendant's Motion for Leave to Add a Counterclaim for Unenforceability of the '635 Patent, Defendants are permitted to proceed on allegations of unenforceability due to alleged inequitable conduct by Plaintiffs' counsel. The Court is deeply concerned about potential issues that may disqualify counsel from representing Plaintiffs in light of these allegations, regardless of the eventual success of the allegations. For example, Plaintiffs' counsel could potentially be required to testify in this action.

       Accordingly, the Court orders the parties to show cause regarding issues relating to the potential disqualification of Plaintiffs' counsel. The parties shall file and serve their responses to this Order to Show Cause on or before January 22, 2008. Each party may file and serve a reply to the other party's response on or before January 28, 2008. A hearing on this matter is hereby calendared for February 4, 2008 at 8:30 a.m. The currently pending motions for summary judgment and motion to take depositions calendared for January 7, 2008 are held in abeyance, and all other dates in this action are stayed pending the resolution of this issue.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                          Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                  Page 1 of 1